Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia ▼

_____Macon_____ Division

RECEIVED
CLERK'S OFFICE
2019 APR 19 AM 9: 16
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Earl Jason Lariscey

Case No. **5 : 19-CV-147**
(to be filled in by the Clerk's Office)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☑ No

-v-

Donald J. Trump - President
Robert Wilkie - VA Secretary of Affairs
Robert Reeder - VA Interim Director

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Earl Jason Lariscey |
| Address | 1826 Veterans Blvd |
| City | Dublin |
| State | GA |
| Zip Code | 31021 |
| County | Laurens |
| Telephone Number | 912-245-9641 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title (if known) | President |
| Address | 1600 Pennsylvania Ave |
| City | Washington |
| State | DC |
| Zip Code | 20500 |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Robert Wilkie |
| Job or Title (if known) | VA Secretary of Affairs |
| Address | 810 Vermont Ave. NW |
| City | Washington |
| State | DC |
| Zip Code | 20571 |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
  Name: Robert Reeder
  Job or Title (if known): VA Interim Director
  Address: 1826 Veterans Blvd
  City: Laurens    State: GA    Zip Code: 31021
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Address:
  City:    State:    Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [✓] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Denial of effective and timely medical treatment's. All violations are the result of gross and negelance, complete indifference. Protocal put in place by the defendants are resposible for all violations of plantiffs rights to proper medical care.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Denial of effective and timely medical treatment's. All violations are the result of gross and negelance, complete indifference. Protocal put in place by the defendants are resposible for all violations of plantiffs rights to proper medical care.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Violations of plantiffs constitutional rights are a result of federal regulations in forced by the the defenants

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
1826 Veterans Blvd
Dublin, GA 31021

B. What date and approximate time did the events giving rise to your claim(s) occur?
March 11, 2019 til present time

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Denial of mediction, refusal of doctors to treat me because of protcol created by the defendants. Also the closing of urgent care 12 hours a day. They are closed from 2000 til 0800.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

suffering severere trama veterans die in the parking lot due the rule and regulations put in place by the defendants

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Set a showcause hearing so that the defendants can try and justify the deaths of veterans as a result of there rules and regulations

So the defendants can show cause why the plantiff was denied medical treatment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-16-19

Signature of Plaintiff: *Earl Jason Lariscey*
Printed Name of Plaintiff: EARL JASON LARISCEY

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ City _____ State _____ Zip Code
Telephone Number _____
E-mail Address _____