IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC LARISCEY, | * |
| Plaintiff, | * |
| v. | Case No.  5:19-CV-147-MTT |
| | * |
| PRESIDENT DONALD J. TRUMP, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 9, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of August, 2019.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk